✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** Danvers, MA    **Category No.** II    **Investigating Agency** FBI

**City** Danvers

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number    26-mj-7282-JCB

Search Warrant Case Number    26-mj-7268-7269-7270-JCB

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

Defendant Name    Gareth Francis    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1981    SSN (last 4#): 8692    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:    John L. Potapchuk    Bar Number if applicable: 699027

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Essex County HOC, Middleton, MA

**Arrest Date:** 5/11/2026

☐ Already in Federal Custody as of _____ in _____.

☑ Already in State Custody at Essex County HOC, Middleton MA    ☐ Serving Sentence    ☑ Awaiting Trial

☐ On Pretrial Release:    Ordered by: Salem Dist. Ct. (2636CR001100)    on 5/19/2026

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/16/2026    Signature of AUSA: */s/ John L. Potapchuk*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Gareth Francis _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951 | Hobbs Act robbery | One |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013